■ KATHERINE M. KASTICK, Individually and as Executrix of THEODORE H. KASTICK, Deceased, Appellant-Respondent, et al., Plaintiff, v U-HAUL COMPANY OF WESTERN MICHIGAN et al., Respondents-Appellants. (Appeal No. 2.) [688 NYS2d 456] —Appeal and cross appeal unanimously dismissed without costs (see, Smith v Catholic Med. Ctr., 155 AD2d 435; see also, CPLR 5501 [a] [1]). (Appeals from Order of Supreme Court, Cayuga County, Siracuse, J.—Set Aside Verdict.) Present—Denman, P. J., Green, Hayes, Pigott, Jr., and Balio, JJ.